# EXHIBIT A

# United States Court of Appeals for the Ninth Circuit
# Calendar for James R. Browning U.S. Courthouse, San Francisco

## Oral Argument Notice

**Note:** Calendar entries may change up until the hearing date. Please remember to check the docket report for updates. Case synopses are prepared by court staff for the convenience of the reader.

**2021-08-11  9:00 am  Courtroom 1, 3rd Floor Rm 338, James R. Browning U.S. Courthouse, San Francisco**

| Case No. | Title | Nature | Origin | Time / Side |
|---|---|---|---|---|
| 20-17422 | **Chattanooga Pro Baseball v. National Casualty Company** - Appeal of a Fed. R. Civ. P. 12(b)(6) dismissal of a diversity insurance action brought by minor league baseball businesses against insurers, concerning denial of coverage for Covid related business losses. [2:20-cv-01312-DLR] | Civil | AZ | 15 min |
| 21-55123 | **Selane Products, Inc. v. Continental Casualty Company** - Appeal of a dismissal of a diversity insurance coverage action brought against Continental Casualty Company, concerning coverage for Covid-related business losses  [2:20-cv-07834-MCS-AFM] | Civil | C. CA | 15 min |
| 20-16858 | **Mudpie, Inc. v. Travelers Casualty Insurance** - Appeal of a dismissal of a diversity putative class action brought against Travelers Casualty Insurance Company of America, alleging claims after the insurer denied coverage for business losses due to COVID stay-at-home orders. [4:20-cv-03213-JST] | Civil | N. CA | 20 min |
| 20-17363 20-17364 21-15193 21-15194 | **David Wit v. United Behavioral Health** - United Behavioral Health appeals the district court's judgment after a bench trial in an ERISA class action. [3:14-cv-02346-JCS] | Civil | N. CA | 20 min |

## Location Address

U.S. Court of Appeals for the Ninth Circuit
James R. Browning U.S. Courthouse
95 Seventh Street
San Francisco CA 94103